IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL MILTON,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration,

    Defendant.

Case No. 16-cv-841-bbc

---

**ORDER ON JOINT MOTION TO REMAND TO THE COMMISSIONER**

---

The parties have filed a joint motion for remand under sentence four of Section 405(g) of the Social Security Act. The motion will be granted. On remand, an Administrative Law Judge will provide Plaintiff the opportunity for a new hearing and to submit additional evidence. The ALJ will also (1) reassess the medical evidence, including the evidence related to Plaintiff's mental impairments; (2) reassess the medical source opinion evidence; (3) reassess Plaintiff's subjective symptoms; (4) if necessary, reassess Plaintiff's residual functional capacity; (5) if necessary, obtain evidence from a vocational expert; and (6) issue a new decision. On remand the ALJ will determine if an earlier onset date is warranted.

SO ORDERED this 29th day of June, 2017.

/s/
HON. BARBARA B. CRABB
Chief United States District Judge